IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED IN THIS OFFICE DEC 14 2015 Clerk U.S. District Court Greensboro, NC BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | |
| | : | |
| RICKY BRADLEY COOKE | : | 1:15CR319-1 |
| CARL WAYNE BLACKMON, JR. | : | 1:15CR319-2 |

The Grand Jury charges:

COUNT ONE

From in or about June, 2015, continuing up to and including on or about July 15, 2015, the exact dates to the Grand Jurors unknown, in the Counties of Guilford and Alamance, in the Middle District of North Carolina, and elsewhere, RICKY BRADLEY COOKE and CARL WAYNE BLACKMON, JR., did knowingly and intentionally provide and obtain, and attempt to provide and obtain, the labor and services of a person, to wit: Jane Doe-1, by means of threats of physical force to that person, by means of threats of serious harm to that person, and by means of a scheme, plan, and pattern intended to cause such person to believe that, if that person did not perform such labor and services, that person would suffer serious harm and physical restraint; in violation of Title 18, United States Code, Sections 1589(a), 1594(a), and 2.

COUNT TWO

From in or about June, 2015, continuing up to and including on or about July 15, 2015, the exact dates to the Grand Jurors unknown, in the Counties of Guilford and Alamance, in the Middle District of North Carolina, and elsewhere, RICKY BRADLEY COOKE and CARL WAYNE BLACKMON, JR., in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: Jane Doe-1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, or coercion, or any combination thereof, would be used to cause Jane Doe-1 to engage in a commercial sex act, and knowing and in reckless disregard of the fact that Jane Doe-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, after having had a reasonable opportunity to observe Jane Doe-1; in violation of Title 18, United States Code, Sections 1591 and 2.

COUNT THREE

From in or about June, 2015, continuing up to and including on or about July 15, 2015, the exact dates to the Grand Jurors unknown, in the Counties of Guilford and Alamance, in the Middle District of North Carolina, and elsewhere, RICKY BRADLEY COOKE and CARL WAYNE BLACKMON, JR., used a facility in interstate and foreign commerce, namely, the Internet, with intent to promote, manage, establish, carry on, and facilitate the promotion,

management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involving prostitution, in violation of North Carolina General Statutes, Chapter 14, Article 27, and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on, of such unlawful activity; in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

A TRUE BILL:

Fr. L. J. clbjr
For
APR

ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY